24106.   MOORE, *alias* GRIER, *v.* THE STATE.

MacINTYRE, J.   It is error to refuse a new trial on an indictment containing two counts, the first charging that the defendant carried a pistol concealed, and the second that he carried a pistol without a license, where upon the trial the evidence authorizes a conviction under the second count only and the verdict is a general verdict of guilty. *Simmons* v. *State*, 162 *Ga.* 316 (134 S. E. 54).

> *Judgment reversed.   Broyles, C. J., and Guerry, J., concur.*

DECIDED OCTOBER 26, 1934.

*J. A. Mitchell, P. H. Mitchell,* for plaintiff in error.
*J. Cecil Davis, solicitor-general,* contra.